UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| VERVAIN, LLC<br>    **Plaintiff,**<br><br>v.<br><br>MICRON TECHNOLOGY, INC.,<br>MICRON SEMICONDUCTOR<br>PRODUCTS, INC., AND MICRON<br>TECHNOLOGY TEXAS, LLC,<br><br>    **Defendants.** | § § § § § § § § § § § § § | 6:22-CV-01233-ADA-DTG |

## ORDER

On November 3, 2025, this Court ordered Plaintiffs to show cause in writing within one week as to the absence of a Scheduling Order and why the case should not be dismissed for want of prosecution. Dkt. 30. On November 4, 2025, Plaintiff filed a response and explained that the underlying case for this has been resolved and closed, and there remains nothing to resolve in the above styled case. Vervain agrees with closing this case.

Thus, the Court hereby **ORDERS** that this case be **CLOSED.**

**SIGNED** on November 19, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE